IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-077-FDW-DCK

| | |
|---|---|
| AMIR FARAZAD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SAMER ARRIS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Robert B. McNeill, concerning Anuj Sud on February 15, 2016. Mr. Anuj Sud seeks to appear as counsel *pro hac vice* for Plaintiff Amir Farazad. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Anuj Sud is hereby admitted *pro hac vice* to represent Plaintiff Amir Farazad.

**SO ORDERED**.

Signed: February 17, 2016

David C. Keesler
United States Magistrate Judge