# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Amir Farazad, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00077-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Emirates Consulting Group, LLC | ) | |
| Samer Arris, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2017 Order.

March 7, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court